IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARED MACKENZY RANDOLPH HARPER,<br><br>Defendant. | CR 24-54-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Friday, January 24, 2025, at 10:30 a.m., is **VACATED** and **RESET** to commence on **Wednesday, April 9, 2025 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 21st day of January, 2025.

SUSAN P. WATTERS
United States District Judge

1